# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. K., JR.[1], <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:18-cv-08171 JFW (AFM) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment shall be entered reversing the decision of the Commissioner of Social Security and remanding this matter for

///

///

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation.

DATED:  August 14, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE